AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:19-mj-0009
614 Reed Avenue )
Kalamazoo, Michigan, )
and any vehicles and outbuilding within the curtilege )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Western____ District of ____Michigan____ *(identify the person or describe property to be searched and give its location):*

The residence at 614 Reed Avenue, in Kalamazoo, Michigan, is described as a two story, off white, vinyl sided duplex with two adjacent front doors. The front porch is covered and has white pillars. The reflective numbers 614 are clearly marked on the pillar in front of the door on the right. The driveway runs on the east side of the resisidence from Reed Ave. to the rear parking deck/garage of the residence.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*  See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __21__ U.S.C. § __841(a)(1); 843(b); 846__, and the application is based on these facts:

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

By Telephone and Recorded

Gregory Pond, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

1:04 AM, Jan 9, 2019

Date: __01/09/2019__

*Judge's signature*

City and state: Grand Rapids, Michigan

PHILLIP J. GREEN, U.S. Magistrate Judge
*Printed name and title*