## ATTACHMENT B    (ITEMS TO BE SEIZED)

The items to be seized are the following:

a.  Any and all illegal controlled substances, including but not limited to methamphetamine.

b.  A 2007 Lexus SUV, California registration 8FOY385.

c.  Any and all items used in the packaging, manufacturing, cooking, storing, weighing or processing illegally controlled substances for sale.

d.  Any and all weapons including but not limited to firearms.

e.  Any and all items taken in exchange for drugs including but not limited to US currency.

f.  Any and all items of residency including but not limited to, deeds, bills, leases, phone records, bank records, safety deposit box records, income tax forms and identification.

g.  Narcotics or money ledgers, narcotics distribution or customer lists, narcotics supplier lists, correspondence, notation logs, receipts, journals, books, pay and owe sheets, records, and other documents or devices noting the price, quantity, dates, and/or times when narcotics were purchased, possessed transferred, distributed, sold or concealed.

h.  Computers, smartphones, tablets, or other electronic media capable of storing information and peripheral devices.

i.  Bank account records, wire transfer records, bank statements and records, money drafts, letters of credit, safety deposit keys and records, money wrappers, money containers, income tax returns, financial transfers that reflect the money generated from the sale of narcotics.

j.  Telephone or other communication devices which are indicative of participation in a conspiracy to distribute controlled substances.

k.  Personal telephone and address books and listings, letters, cables, telegrams, telephone bills, photographs, audio and video tapes, computer disks, personal notes and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates in narcotic trafficking activities.

l.  Financial instruments purchased with large amounts of currency derived from the sale of controlled substances, including travelers checks, bonds, stock certificates, money orders and cashiers checks, passbooks, bank checks, bank deposit tickets, certificates of deposit, and memoranda and other items evidencing the obtaining, secreting, transfer, concealment, and/or expenditures or money, money counting machines, money wrappers, and bags used to smuggle narcotics or money.

m.  Any empty/full parcels and associated wrapping appearing to have been involved with the shipment of illegal controlled substances.